## EDWIN H. DAWSON Et Al.

*vs.*

## CLEMENT WOODWARD.

This Court possesses jurisdiction concurrently with justices of the peace where the amount in controversy lies between fifty and one hundred dollars.

Law No. 5040. Decided October 23, 1868.

CERTIFIED to the General Term for hearing in the first instance.

Plaintiff Dawson brought his action in assumpsit in the Circuit Court for the sum of $80. Defendant pleaded that the Court had no jurisdiction, because Congress in conferring upon justices of the peace jurisdiction of cases involving amounts as high as $100, by implication withdrew the original jurisdiction of the Circuit Court over sums below that amount. Plaintiff demurred to the plea, and the demurrer being certified to the General Term, the Court sustained the demurrer, holding that where the amount in controversy was between fifty and one hundred dollars this Court possessed jurisdiction concurrently with justices of the peace.

MR. WM. A. MELOY, for plaintiff.

MESSRS. JONES and ASHFORD, for defendant.